691 A.2d 456

**CONSOLIDATED RAIL CORPORATION, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

Supreme Court of Pennsylvania.

April 4, 1997.

Reargument Denied May 15, 1997.

## ORDER

PER CURIAM:

AND NOW, this 4th day of April, 1997, the order of the Commonwealth Court is affirmed.

ZAPPALA, J., would affirm on the basis of the lower court opinion.